**In re John Robert LEE.**

**No. 13–01–542–CR.**

Court of Appeals of Texas, Corpus Christi.

May 29, 2002.

Rehearing Overruled June 20, 2002.

Gerald Rogen, Corpus Christi, Karon K. Connelly, Hunstville, David A. Schulman, Austin, for Relator.

Carlos Valdez, Nueces County District Attorney, Corpus Christi, David S. Morales, Assistant Attorney General, Austin, W. Reed Lockhoof, Attorney General's Office, Austin, for Real Parties in Interest.

Before Chief Justice VALDEZ and Justices HINOJOSA and RODRIGUEZ.

**OPINION AND ORDER**

Opinion and Order PER CURIAM.

In accordance with the Texas Court of Criminal Appeals opinion, *Bañales v. Ct. of App. for the Thirteenth Jud. Dist.*, No. 74,307, slip op. at 3, 2002 Tex.Crim.App. LEXIS 108, at * 5, — S.W.3d —, —, 2002 WL 1021826 (May 22, 2002) (orig.proceeding), we withdraw our opinion and order issued in this case on February 28,

2002, and deny relator's petition for writ of mandamus. *See* Tex.R.App.P. 52.8(a).